CARY KLETTER (SBN 210230)
KLETTER LAW
1528 S. El Camino Real, Suite 306
San Mateo, CA  94402
415.434.3400
ckletter@kletterlaw.com

Attorneys for Defendant
Roxy Underground LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Samuel Love,<br><br>                    Plaintiff,<br><br>     v.<br><br>Roxy Underground LLC, a California Limited Liability Company; and DOES 1-10,<br><br>                    Defendants. | CASE NO. 3:19-CV-06784-LB<br><br>**DEFENDANT ROXY UNDERGROUND LLC'S NOTICE OF INTENT TO FILE FOR BANKRUPTCY** |

Roxy Underground LLC, a California Limited Liability Company, ("Defendant") hereby informs the Court and all parties that it has filed a dissolution with the Secretary of State (Docket No 20, Attachment 1, Exhibit A), it surrendered its lease and it intends to file for bankruptcy. As such, participation in mediation is unwarranted and would be a waste of time for any neutral volunteering the neutral's time and the parties.

Dated: April 28, 2020                                KLETTER LAW

                                                              By:_____S/_____
                                                                    Cary Kletter
                                                                    Attorney for Defendant