UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| SAMUEL LOVE,<br><br>          Plaintiff,<br><br>     v.<br><br>ROXY UNDERGROUND LLC,<br><br>          Defendant. | Case No. 19-cv-06784-LB<br><br>**JUDGMENT** |

On March 31, 2023, the court dismissed the case with prejudice as to the federal Americans with Disabilities Act claim and without prejudice to filing the Unruh Act claim in state court. Pursuant to Federal Rule of Civil Procedure 58, the court hereby enters judgment in favor of the plaintiff and against the defendant. The court directs the Clerk of Court to close the file in this matter.

**IT IS SO ORDERED.**

Dated: March 31, 2023

LAUREL BEELER
United States Magistrate Judge

JUDGMENT – No. 19-cv-06784-LB